# IN THE SUPREME COURT OF PENNSYLVANIA

| In the Matter of | : | No. 1601 Disciplinary Docket No. 3 |
| | : | |
| PAUL JOSEPH STAUB, JR. | : | No. 36 DB 2010 |
| | : | |
| | : | Attorney Registration No. 87556 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Allegheny County) |

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of August, 2023, the Petition for Reinstatement is granted. Petitioner is ordered to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).